# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Barbara Redman**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00515-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Marcos Santana | ) | |
| American Airlines, Inc.**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2023 Order.

July 26, 2023

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court